JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA HAKOBYAN,<br><br>Plaintiff,<br><br>v.<br><br>MACY'S WEST STORES, INC., an Ohio corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CV 14-07893 R (SHx)<br><br>[PROPOSED] **ORDER OF DISMISSAL WITHOUT PREJUDICE AND WITHOUT ATTORNEYS' FEES OR COSTS** |

The Court has reviewed the Stipulation of Dismissal Without Prejudice and Without Attorneys' Fees or Costs signed by counsel for Plaintiff Anna Hakobyan and Defendant Macy's West Stores, Inc. and filed on November 4, 2014.

Pursuant to the terms of the parties' stipulation and Federal Rule of Civil Procedure 41(a)(ii),

IT IS HEREBY ORDERED that this action is DISMISSED without prejudice and without attorneys' fees or costs to either party. Plaintiff Anna Hakobyan shall arbitrate her claims before the American Arbitration Association

1

pursuant to Macy's Solution InSTORE dispute resolution program.

IT IS SO ORDERED.

DATED: NOVEMBER 12, 2014

_____
JUDGE, UNITED STATES DISTRICT COURT

[PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE AND WITHOUT ATTORNEYS' FEES OR COSTS